**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JODI EASLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 4:24-cv-01111-SEP |
| CANAM STEEL CORP., et al., | ) ) ) |
| Defendants. | ) ) |

### MEMORANDUM AND ORDER

Before the Court is Plaintiff Jodi Easley's Motion to Remand. Doc. [16]. After careful review of the petition, Doc. [1-1], the notice of removal, Doc. [1], and the parties' briefing, Docs. [16], [17], [22], [23], the Court concludes that 28 U.S.C. § 1447(c) requires remand of this action for the reasons set forth in several other cases asserting the same legal claims against the same Defendants based on similar factual allegations. *See Medders-Carpenter v. Canam Steel Corp.*, 4:24-cv-0928-SRC, 2024 WL 4973400 (E.D. Mo. Dec. 4, 2024); *Kline v. Canam Steel Corp.*, 4:24-cv01420-SRC, 2024 WL 4973399 (E.D. Mo. Dec. 4, 2024); *see also Borgmann v. Canam Steel Corp.*, 4:24-cv-01423-CDP, Doc. [29] (E.D. Mo. Dec. 17, 2024).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand, Doc. [16], is **GRANTED.**

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Circuit Court of Franklin County, Missouri.

**IT IS FINALLY ORDERED** that Defendants' Joint Motion to Dismiss, Doc. [10], and Plaintiff's Motion to Stay, Doc. [18], are **DENIED as moot** in light of the Court's lack of jurisdiction.

A separate Order of Remand will accompany this Memorandum and Order.

Dated this 27th day of January, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE